(May 11, 1994)

■ In the Matter of DANIEL E. LYONS, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD-JUDICIAL DEPARTMENT, Petitioner. [614 NYS2d 328] —Motion by respon-

dent to vacate order of suspension dated June 21, 1993 (194 AD2d 993) granted, without costs.

Cardona, P. J., Crew III, Casey, Weiss and Yesawich Jr., JJ., concur.